128 A.3d 692

IN THE MATTER OF MARK EDELSTEIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 007762007).

January 13, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–115, concluding that **MARK EDELSTEIN** of **CORPUS CHRISTI, TEXAS,** who was admitted to the bar of this State in 2007, should be suspended from the practice of law for a period of three months for violating *RPC* 1.15(d) (recordkeeping violations), *RPC* 5.3(a) (failure to supervise a non-lawyer), *RPC* 7.1(a)(1) (making a false or misleading communications about the lawyer's services), *RPC* 7.5(d) (false or misleading law firm, name), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation); and good cause appearing;

It is ORDERED that **MARK EDELSTEIN** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective February 12, 2016; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.